# Court of Appeals
# of the State of Georgia

ATLANTA,  August 15, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0056.  EFRAIN RODRIGUEZ v. THE STATE.**

The trial court entered an order denying Efrain Rodriguez's motion for an out-of-time appeal and appointment of counsel on March 15, 2018.  On June 6, 2018, Rodriguez filed a notice of appeal to this Court.[1]  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Rodriguez's notice of appeal is untimely, as it was filed 83 days after entry of the order he seeks to appeal.  Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  08/15/2018*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Rodriguez's notice of appeal is dated April 3, 2018, but was not filed in the trial court until June 6, 2018.